UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHAYREE DIXON,

    PLAINTIFF

VERSUS

NATIONAL RAILROAD PASSENGER
CORPORATION,

    DEFENDANTS

CASE NO.: 1:24-cv-07270-AS

**AFFIDAVIT OF**
**MARY ALISON BARNES**

---

**Mary Alison Barnes**, being duly sworn, deposes and says:

1. Applicant has never been convicted of a felony;

2. Applicant has never been censured, suspended, disbarred or denied admission or readmission by any court;

3. There are no disciplinary proceedings presently pending against Applicant;

4. Applicant will be counsel in representing Plaintiff Khayree Dixon in this case and has been Plaintiff's attorney since its inception. Affiant has a thorough understanding of the facts at issue in these proceedings. Accordingly, given his prior knowledge of the facts and history of this case, his application for admission *pro hac vice* is justified;

5. Kenneth C. Bordes and his firm, Kenneth C. Bordes, Esq., will continue to serve as co-counsel throughout this action;

6. Applicant has already secured an ECF filing password for the filing requirements of the United States District Court for the Southern District of New York;

7. Applicant is licensed to practice law in the State of Louisiana, State of Alabama and the District of Columbia Court of Appeals.

I hereby swear that the foregoing representations are true and correct to the best of my knowledge.

_____
Mary Alison Barnes

**SWORN TO AND SUBSCRIBED
BEFORE ME, THE UNDERSIGNED
NOTARY PUBLIC, THIS 18th DAY OF
FEBRUARY, 2025.**

_____
Notary Public

W. Chad Stelly, Esq.
Notary Public
State of Louisiana
Bar Number 21140
My Commission is for Life